# THOMAS C. BOSCARINO, TRUSTEE

628 HEBRON AVENUE • BUILDING 2, SUITE 301
GLASTONBURY, CT 06033-5007
TELEPHONE (860) 659-5657   TELECOPIER (860) 657-4549
TBOSCARINO@BGTLAW.COM

June 21, 2013

Clerk, United States Bankruptcy Court
450 Main Street, 7th Floor
Hartford, CT 06103

                      Re:    Case No.: 13-20996
                            Case Name:    Charlene S. Smith

Dear Sir or Madam:

    I expect to recover assets in this case. Please notify creditors.

                      Very truly yours,

                      Thomas C. Boscarino, Trustee

TCB/ljl